# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ESTATE OF MILLIE ANN
MCDANIELS,

Plaintiff,

v.

LIBERTY MUTUAL GROUP INC.,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

Civil Case No. 12-202 (RJL)

## ORDER

For the reasons set forth in the Memorandum Opinion entered this 31st day of August 2012, it is hereby

**ORDERED** that defendant's Motion to Dismiss [Dkt. # 4] is **GRANTED**; and it is further

**ORDERED** that the above-captioned case is **DISMISSED**.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge